JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCA RODRIGUEZ, | ) | No. CV 11-07361-JVS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LYDIA HENSE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 14, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE